A CERTIFIED TRUE COPY
ATTEST

By Denise Morgan-Stone on Aug 03, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Jul 16, 2009**

FILED
CLERK'S OFFICE

IN RE: TRASYLOL PRODUCTS LIABILITY LITIGATION                MDL No. 1928

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-26)**

On April 7, 2008, the Panel transferred 17 civil actions to the United States District Court for the Southern District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 545 F.Supp.2d 1357 (J.P.M.L. 2008). Since that time, 260 additional actions have been transferred to the Southern District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Donald M. Middlebrooks.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Florida and assigned to Judge Middlebrooks.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Florida for the reasons stated in the order of April 7, 2008, and, with the consent of that court, assigned to the Honorable Donald M. Middlebrooks.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Florida. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Aug 03, 2009**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: TRASYLOL PRODUCTS LIABILITY LITIGATION                MDL No. 1928

### SCHEDULE CTO-26 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**              **CASE CAPTION**

CALIFORNIA NORTHERN
  CAN  3   09-2480      Greg Barber v. Bayer Corp., et al.
  CAN  3   09-2935      Saran Khoygani, et al. v. Bayer Corp., et al.

CONNECTICUT
  CT  3   09-812      Earl Hutson, et al. v. Bayer Schering Pharma AG, et al.
  CT  3   09-907      Robert Hertel, etc. v. Bayer Corp., et al.
  CT  3   09-986      Vickie L. Bush, etc. v. Bayer Corp., et al.
  CT  3   09-1060      Peggy Weder, etc. v. Bayer Schering Pharma AG, et al.
  CT  3   09-1061      Jimmy Dorris, etc. v. Bayer Schering Pharma AG, et al.
  CT  3   09-1062      Donna M. Goldberg, etc. v. Bayer Corp., et al.
  CT  3   09-1063      Earnestine Robinson, et al. v. Bayer Corp., et al.

MARYLAND
  MD  1   09-1625      Audrey Booker, etc. v. Bayer Corp.

MINNESOTA
  MN  0   09-1241      Rheba Eosso v. Bayer Corp., et al.

OKLAHOMA EASTERN
  OKE  6   09-197      Sonda Johnson, etc. v. Bayer Corp., et al.
  OKE  6   09-198      Beverly Sheppard v. Bayer Corp., et al.

SOUTH CAROLINA
  SC  4   09-1151      Jamie L. McKnight, etc. v. Bayer Corp., et al.



Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By Gracie Gomez
Date 08/13/09   Deputy Clerk